**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ober Merino CRUZ, Defendant–Appellant.**

No. 13–11254
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 16, 2014.

Kathleen Mary Salyer, Elisa Castrolugo, Wifredo A. Ferrer, Karen E. Moore, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Thomas John Butler, Thomas Butler, Esq., Miami Beach, FL, Ober Merino

Cruz, D. Ray James CF–Inmate Legal Mail, Folkston, GA, for Defendant–Appellant.

Before TJOFLAT, PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Ober Merino Cruz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cruz's convictions and sentences are **AFFIRMED.**